**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00256-CV**

_____

**SAEED ALLY, Appellant**

**V.**

**MEDICAL CENTER OF SOUTHEAST TEXAS LP, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-189,012**

**MEMORANDUM OPINION**

Saeed Ally filed a notice of appeal but failed to file a brief. On November 7, 2013, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On December 13, 2013, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal

1

for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 3, 2014
Opinion Delivered January 16, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.